# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

                                        Case No. 3:00cr45-RV

**vs.**                                Case No. 3:03cv337-RV/WCS

**RAY P. POPE,**

      **Defendant.**

_____

## ORDER

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 7, 2005. The parties have has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a _de_ _novo_ determination of those portions to which an objection has been made.

      Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Attorney Michael Gates is hereby permitted to withdraw as attorney for Defendant.

3. Defendant's 28 U.S.C. § 2255 motion (doc. 480) and motion for summary judgment (docs. 550 and 551) are DENIED WITH PREJUDICE.

4. Defendant's motion to amend (doc. 582) is DENIED.

5. Defendant's motions for release and for favorable decisions (docs. 593 and 619) are DENIED.

DONE AND ORDERED this 8th day of September, 2005.

/s/ Roger Vinson
ROGER VINSON
Senior United States District Judge